NOVARTIS PHARMACEUTICALS CORPORATION, Novartis Pharma AG, and Novartis International Pharmaceutical Ltd., Plaintiffs–Appellants,

v.

TEVA PHARMACEUTICALS USA, INC., Defendant–Appellee.

No. 2007–1542.

United States Court of Appeals, Federal Circuit.

June 9, 2008.

Robert L. Baechtold, Fitzpatrick, Cella, Harper & Scinto, of New York, NY, argued for plaintiffs-appellants. With him on the brief were Nicholas N. Kallas, Hugh C. Barrett, and Simon D. Roberts.

Henry C. Dinger, Goodwin Procter LLP, of Boston, MA, argued for defendant-appellee. With him on the brief were Shepard M. Remis, Roland H. Schwillinski, John T. Bennett, and Lana A. Shvartsman.

Before MAYER, SCHALL and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.